UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 1:16-0033 |
| | ) | |
| PIERCE ANFIELD | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**A. Brooke Jennings** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** A. Brooke Jennings be granted leave of absence for the following periods: **August 30, 2016 through September 6, 2016; September 29, 2016 through October 5, 2016; October 14, 2016; and October 21, 2016.**

This _11th_ day of August, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia