IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 116-033 |
| | ) | |
| PIERCE JAMAL ANFIELD | ) | |

**O R D E R**

Counsel have advised the Court that all pretrial motions have been satisfied or otherwise resolved. (<u>See</u> doc. no. 29.) Therefore, a motions hearing for Defendant is not necessary, and all pending motions are **MOOT**. (Doc. nos. 20-22.)

SO ORDERED this 11th day of August, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA